✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| | |
|---|---|
| | /s/ ERICA K. ZUNKEL |
| Date | Signature |
| | Print Name                               Bar Number |
| | Address |
| | City            State            Zip Code |
| | Phone Number                             Fax Number |

**ERICA K. ZUNKEL**
California State Bar No. 229285
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: erica_zunkel@fd.org

Attorneys for Kristin Amber Viola

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LEO S. PAPAS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ2259-02 |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| KRISTIN AMBER VIOLA, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov;

Linda A. King
laking@N2.net,vbm_5562@yahoo.com; and

Gregory D. Obenauer
golaw@mac.com,ausiedob@sbcglobal.net

Respectfully submitted,

DATED:    July 30, 2008              /s/ Erica K. Zunkel
                                     **ERICA K. ZUNKEL**
                                     Federal Defenders of San Diego, Inc.
                                     Attorneys for Kristin Amber Viola