FILED

2008 AUG -6 PM 3:52

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

'08 CR 2588 BTM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>BRITTANY ANN LYNN MCKENNA (1),<br>KRISTIN AMBER VIOLA (2),<br><br>            Defendants. | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(ii) -<br>Bringing in Illegal Aliens for<br>Financial Gain; Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(iii) -<br>Bringing in Illegal Aliens Without<br>Presentation; Title 18, U.S.C.,<br>Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

On or about July 23, 2008, within the Southern District of California, defendants BRITTANY ANN LYNN MCKENNA and KRISTIN AMBER VIOLA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Esmeralda Mendoza-Lopez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//

CEK:nlv:San Diego
8/4/08

Count 2

On or about July 23, 2008, within the Southern District of California, defendants BRITTANY ANN LYNN MCKENNA and KRISTIN AMBER VIOLA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Esmeralda Mendoza-Lopez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

DATED: August 6, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
FRED SHEPPARD
Assistant U.S. Attorney