UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE JUDGE BARRY TED MOSKOWITZ

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.08CR2588 BTM |
| ) | |
| Plaintiff ) | EX PARTE |
| ) | SURETY CONSENT TO MODIFICATION |
| v. ) | OF BOND TO PERMIT TRAVEL TO |
| ) | CENTRAL DISTRICT |
| ) | |
| ) | |
| McKenna, Brittany Ann Lynn (1) ) | |
| Viola, Kristin Amber (2) ) | |
| Defendants ) | |

Through her attorney Gregory D. Obenauer, Defendant McKenna submits Ex.I, the Suretys' consent to modification of the bond conitions.

Dated: August 26, 2008            Respectfully Submitted,

                                  s/ gregory d. obenauer
                                  ─────────────────────────
                                  Gregory D. Obenauer
                                  Attorney for McKenna

Gregory D.
Obenauer

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE JUDGE BARRY TED MOSKOWITZ

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.08CR2588 BTM |
| ) | |
| Plaintiff ) | |
| ) | PROOF OF SERVICE |
| v. ) | |
| ) | |
| ) | |
| ) | |
| McKenna, Brittany Ann Lynn (1) ) | |
| Viola, Kristin Amber (2) ) | |
| Defendants ) | |

I, the undersigned, state:

1. I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party to this action.
2. My business address is 1901 1st. Ave. 213, San Diego, California, 92101.
3. I served this SURETY CONSENT to MODIFICATION OF BOND on opposing counsel by delivering via e-mail:

Efile.dkt.gc2@usdoj.gov

I certify under penalty of perjury that the foregoing is true and correct.

Executed August 26, 2008, at San Diego, California.

s/ gregory d. obenauer
_____
gregory d. obenauer
attorney for McKenna

Gregory D. Obenauer

2

08 12:23p        V C C T /Seaside                                              9494963639

In the Case of USA v Mckenna 08CR2588BTM,
We consent to the modification of the bond,
Travel to include the central district where
Brittany Mckenna will reside.

August 25, 2008

*Vanessa McKenna* — Vanessa McKenna

*Janet Hutchings* — Janet Hutchings